Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

GEORGE T. HAWES, THIRD SET CAPITAL LLC, AND ROSS PIRASTEH,

                       Plaintiff(s),

v.

KABANI & COMPANY, INC., and HAMID KABANI, an individual,

                       Defendant(s).

NO. 2:15-cv-01956-RSL

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT

WHEREAS, on or about November 16, 2015, plaintiffs George T. Hawes, Third Set Capital LLC, and Ross Pirasteh filed a Summons and Complaint in the above – captioned action in the Superior Court for the State of Washington for the County of King;

WHEREAS, on or about December 11, 2015, Defendants Kabani & Company, Inc. and Hamid Kabani ("Defendants") timely removed this case to the United States District Court for the Western District of Washington;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned attorneys, that the time for Defendants to answer, move or

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT - 1
10486-0026 5301448.doc
Case No. 2:15-cv-01956-RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

otherwise respond to Plaintiffs' Complaint in the action herein is extended to January 15, 2016.

DATED this 21st day of December, 2015.

PREG O'DONNELL & GILLETT PLLC

By /s/ Lori K. O'Tool
Lori K. O'Tool, WSBA #26537
Attorneys for Defendants Kabani & Company, Inc. and Hamid Kabani
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Email: lotool@pregodonnell.com

SUMMIT LAW GROUP PLLC

By /s/ Sara A. Kelly
Sara A. Kelly, WSBA #42409
Attorneys for Plaintiffs Hawes, Third Set Capital LLC, and Pirasteh
315 5th Avenue South, Ste. 1000
Seattle, WA 98104-2682
Email: sarak@summitlaw.com

IT IS SO ORDERED this ____ day of _____, 2015:

_____
Honorable Robert Lasnik

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT - 2
10486-0026 5301448.doc
Case No. 2:15-cv-01956-RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs George T. Hawes, Third Set Capital, LLC, Ross Pirasteh**:
Sara A. Kelly, Esq.
Ralph H. Palumbo, Esq.
Summit Law Group PLLC
*sarak@summitlaw.com*

DATED at Seattle, Washington, this 21st day of December, 2015.

    /s/ Lori K. O'Tool
Lori K. O'Tool, WSBA #26537

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR MOVE WITH RESPECT TO THE COMPLAINT - 3
10486-0026 5301448.doc
Case No. 2:15-cv-01956-RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113